Frd/Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the

__Middle__ District of __Florida__

__Ocala__ Division

Shaun Patrick Stewart
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)* Aspire Doctor,
S. Saunders, E. Pella; NFETC Dr., B. Ekakitie,
State of Florida; David J. Forsythe,
Treasure Coast Forensic Treatment Center,
North Florida Evaluation & Treatment Center,
Governor Ron Desantis, W. Gladson,
Aspire Health Partners *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:24-CV-494 CEMPRL
*(to be filled in by the Clerk's Office)*

SEP 9 2024 am 11:59
FILED - USDC - FLM - OCA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Frd/Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.      **The Parties to This Complaint**

    A.      **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

        Name          Shaun Patrick Stewart
        All other names by which
        you have been known:
        ID Number
        Current Institution
        Address

                                *City*         *State*         *Zip Code*

    B.      **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

        Defendant No. 1
            Name          See Attached
            Job or Title *(if known)*
            Shield Number
            Employer
            Address

                                  *City*         *State*         *Zip Code*
            ☐ Individual capacity     ☐ Official capacity

        Defendant No. 2
            Name
            Job or Title *(if known)*
            Shield Number
            Employer
            Address

                                  *City*         *State*         *Zip Code*
            ☐ Individual capacity     ☐ Official capacity

Frd/Def                                                          D-1

B Defendants


Defendant No.1

State of Florida

400 S Monroe St. Tallahassee, FL 32399

Individual & Official Capacity


Defendant No. 2

David J Forsythe                          /

Doctor

Treasure Coast Forensic Treatment Center/State of Florida/DCF

96 S.W. Allapattah Road Indiantown, FL 34956

Individual & Official Capacity


Defendant No.3

E. ~~Elena~~ Pelta

Doctor

Treasure Coast Forensic Treatment Center/State of Florida/DCF

96 S.W. Allapattah Road Indiantown, FL 34956

Individual & Official Capacity

Frd/Def                                                                    D-2

Defendant No. 4

NFETC Doctor

Doctor

North Florida Evaluation & Treatment Center/State of Florida/DCF

1200 NE 55th Blvd Gainesville, FL 32641

Individual & Official Capacity


Defendant No. 5

S. Saunders

Doctor

State of Florida

215 E McMollum Ave. Suite 102 Bushnell, FL 33513

Individual & Official Capacity


Defendant No. 6

Ron Desantis

Governor ~~Desantis~~

State of Florida

400 S Monroe St Tallahassee, FL 32399

Official Capacity

Frd/Def                                                                    D-3

Defendant No. 7

Treasure Coast Forensic Treatment Center 'TCFTC'

Department of Children & Families

96 S.W. Allapattah Road Indiantown, FL 34956

Individual & Official Capacity


Defendant No. 8

North Florida Evaluation & Treatment Center 'NFETC'

Department of Children & Families

1200 NE 55th Blvd Gainesville, FL 32641

Individual & Official Capacity


Defendant No. 9

W. Gladson

Sumter County Supervisor of State Attorney's

215 E McCollum Ave. Suite 102 Bushnell, FL 33513

Individual & Official Capacity

Employed by: State of Florida


Defendant No. 10

B. Ekokitie

State Doctor

State of Florida

215 E McCollum Ave. Suite 102 Bushnell, FL 33513

Individual & Official Capacity

Frd/Def                                                    D-4

Defendant No. 11
Aspire Doctor
Doctor
Aspire Health Partners
1800 Mercy Dr Orlando, FL 32808
Individual & Official Capacity

Defendant No. 12
Aspire Health Partners
1800 Mercy Dr Orlando, FL 32808
Individual & Official Capacity

Frd / Def

Defendant No. 3

 Name

 Job or Title *(if known)*

 Shield Number

 Employer

 Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

 Name

 Job or Title *(if known)*

 Shield Number

 Employer

 Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity  ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Defamation; Fraud; Conspiracy; 8th & 14th Sec.1 Amendment.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Frd/Det

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Abuse via fraud to force medications & injections wrongfully; Fraud; Conspiracy to commit fraud; Conspiracy to deny/violate civil rights — due process, obstruct justice, freedom via unlawful detainment & incarceration, torture/torment/abuse, speedy-trial, equal protection of the law, legal representation, evidence submittals, bond — via fraud; Defamation via mental health medical fraud, claiming I'm mentally ill & retarded.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

2) Orlando, FL Health Clinic - Aspire Health Partners - 10/20/17
3) Orlando, FL Health Clinic - Aspire Health Partners - Unknown
5) Sumter County Jail; NFEIC; TCFIC — 2021-current.

Frd / Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_Aspire: 10/20/17 – unknown; Sumter Jail, NFETC, TCFTC: 2021 – current._

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See Attached

Frd/Def                                                        SC-1

IV. Statement of Claim

D    My claim below is the result of being submitted as a target of the largest organized crime entities in the state & country; that operate via civilians, top-ranked & select state actors, & conspire by proxy with hardcore civilian mafia & gang entities; to carry out a newer form of organized crime called the 'targeted-individual', & scripted every-mafia-target orders used to eliminate each victim. The end result ranges from forced forever homelessness, to hands-clean murder; with the latter being the desired result. Some of these scripted every-mafia-target orders include: (1) Illegal every-device, GPS, banking, & drone surveillance; (2) Organized criminal framing starting via women, under-age girls, children, drugs, & trafficking; (3) Law Enforcement no-service, no crime is being responded to; (4) Corporation no-service, that includes denial of cash withdrawals from your own account; (5) Civilian/state gang-stalking, hardcore mafias/gangs direct stalking via tens-thousands of individuals, & an immediate arrest if you speak of it — the intent is to induce trauma; (6) Travelling-to-every-target false state actors, operating state & nationwide, wrongfully arresting & prosecuting each target, & then vanish from the country; (7) Denial of all legal representation via state no-service, & civilian attorney murder threats; (8) Fraudulent health evaluations; (9) Never allow trial; (10) Creating long-term state kidnapping via fraud health evals, illegally revoked bonds, stripping you of all legal rights, & never allowing communication with your attorney & due process; (11) A jail kidnap upon arrival, followed by 24/7 torture; — and many more tactics.

Frd/Def                                                        SC-2

As an almost 15 year active target & investigator of organized crime
state & nationwide, I've confirmed the previous statement to be true.
As a victim of years of unlawful incarceration, while also providing legal
work & advice for hundreds of inmates; I've confirmed state targets
& retaliation victims are experiencing some of these same tactics,
such as fraudulent health evaluations to deny speedy-trial & due
process; and it's usually on cases the state cannot win, or take to
trial, due to not wanting to document unlawful or criminal actions.
Therefore you're going to sit for 3+ years, or even 5 years, with no
due process, legal rights, & no communication with any attorney; while
judges like Sumter County's Mary Hatcher go along with this corruption, &
allow it to happen. In the case of a mafia target, this fraud takes place so
the state's secret practices of extreme criminal framing, & in every
county, allowing travelling-to-target full-time mafia & false state
actors arrest & prosecute every organized crime victim; these people
can never go to trial, ever, & it's been decided by the largest state
& nationwide mafias you're going to be a convicted felon by any
means. The state will keep forging health evals until the felony
stays on your record for 5 years, & you're released due to being lega-
lly incompetent. You've not only been unlawfully incarcerated for
years, but now you're a convicted felon. This is exactly what the state
is doing to me right now; simultaneous with trying to get inmates to
attack me & manufacture more charges, so I can be stuck in a nev-
er-ending cycle of incarceration for many years, & no due process.

Frd/Def                                                              SC-3

In 2 instances as an civilian/state organized crime victim, nobody could physically get to me, to criminally frame me; due to my work from home business. So in both cases, the state just kidnapped me; then claimed I was a danger to myself to baker act me, & then manufactured a false evaluation at the health clinic. Both of these incidents were in Orlando, FL at the same clinic; the 2nd instance, the state determined a 20 year multi-company owner, manager, & consultant is ~~irredeemable~~ irredeemable, & that I need to have my adult rights taken away from me. To be clear, this was an action to tee-up taking away my kids if I had any; I've recently been informed by a top-ranked mafia actor, taking away a target's children via the state, is a new tactic they've employed, if a target won't keep their mouth shut. And they threatened to do it to my 7-year girlfriend if I contacted the FBI, a couple days before my Sumter County Sheriff's Office state kidnap; that's led to my current 3+ years & counting of unlawful incarceration. The state, DCF, & the treatment centers they own & operate, have a long list of fraudulent ~~my~~ health evaluations I've never taken, for the purposes of destroying me as a mafia & state ~~███████████████~~ target, & forever blocking me from trial & freedom. I believe this might be leading to forever incarceration in a mental institution.

Frd/Def

SC-4

Targeting Instances & Fraudulent Health/Competency Evaluations

Note: These are the most relevant, not all.

2) Orlando, FL Health Clinic: I never took an evaluation, nor had any conversation with the doctor; yet I was deemed mentally ill.

3) Orlando, FL Health Clinic: I never took an evaluation, yet apparently I was deemed unrestorable; as the state, with a prosecutor, tried to take away my rights as an adult.

5) Evaluation 1: I wasn't present for this evaluation, & the doctor answered every question himself, framing me as mentally retarded — State doctor, Sumter County Jail; Evaluation 2: I'm called "delusional", when the only information I provided was "I don't hear voices", & "I'm in litigation with the state for the fraud used to send me here" — State Doctor, NFETC; Evaluation 3: I wasn't present for any evaluation completed, & the doctor once again answered every question himself, framing me as mentally ill/incompetent again — State Doctor, Sumter County Jail; Evaluation 4 & 5: I never took an evaluation, & 2 doctors have signed court documents claiming I'm mentally ill, & would follow with a court hearing & additional false statements of actions of mine that never happened, & now I'm in the process of being forced to take medications — I told the supervising doctor, David, that I've been sent to the treatment center via forged competency evaluations I didn't take, the state has already admitted to this in court, & he seemed to have the intent of making me angry by any means, attempting to manufacture a diagnosis — The other doctor just asked if I would take meds, then signed & submitted a medical...

Frd/Def                                                                                        SC-5

opinion to the court, claiming I'm mentally ill via his evaluation.——
TCFTC, Doctor David Forsythe, & Doctor ~~Matthew~~ Pelta.
Targeting instance 5 involved a multicounty organized criminal framing
plot, turned organized kidnapping plot to stop me from calling the
FBI, that involved Sheriff's, Police Chiefs, Supervisor of State Attorney's, &
led to a police chief resigning; however still resulted in criminal char-
ges being filed in Sumter County, although wrongfully & illegally.
The state doesn't want these cases in trial, but also wants to keep
me incarcerated for years as a state & mafia target; which is why
I've been tortured, & threatened to be murdered for years via civil-
ian & state actors in the jail, for my court statements & to plead
guilty. The state carried this out on behalf of my business competitor.
Corrupt intent: I want to note, all of these facilities took part in torture
tactics; and/or attempting to coordinate physical harm & attacks by oth-
ers in the facility; literally every time as a state/mafia target, & these
fraudulent evaluations ensured I stayed unlawfully detained/incarcerated
for weeks to years allowing everything in the above statement to take
~~place~~ place; including obstruction of justice, attempting to deny due pro-
cess, etc. that I previously mentioned. Being forced to take medica-
tions via court order, & fraudulent health evaluations is a form of
abuse & torture; I'm very physically & mentally healthy, happy
with how I feel, & TCFTC doctors & state court actors are pur-
posely taking my good health & right to happiness & freedom away
from me, due to being a state crime & corruption target.
Targeting instance 5 case reference No.(s): 21mm287; 21CF449,455,483.

Frd/Def                                                        SC-6

## Conspiracy

In every case, orders are submitted to state actors, via civilian coordinators of this *criminal & corrupt activity*, & leads to trickle-down & across-the-board corruption of every state office necessary. In every case, agreements are made through every level of staff, starting at the top, to carry out every-target actions such as the ones I mentioned in my complaint & claim. And this is what happened in all instances I mentioned in my claim.

## Prosecution Time Limit

Why this doesn't apply: (1) Sumter County Jail has barred me & all inmates from contacting a federal court, & has siezed or stolen my mail to federal court for years; (2) I could not prove the intent of the original actors, without years of experience of being repeatedly submitted as a civilian/state organized crime victim, that I was never supposed to survive to tell about; (3) Civilian & state actors have repeatedly threatened to ~~make~~ ~~~~ murder me, & target my relatives & their kids via the state if I talked to any federal entities, sued, etc, while also putting me under illegal surveillance, pulling me over everywhere I go, threatening me & even trying to crash my car, & wouldn't stop until I told the state I'd keep my mouth shut; (4) Talking about this at all, has led to me being submitted as a target again by the largest mafias in the state & country simultaneously, in a firm conspiracy to hands-clean murder ~~~~ plot that went

Frd/Def                                                                    SC-7

sideways, but has led to 3+ years of wrongful incarceration; now
currently trapped in a mental institution, & I don't believe I'm go-
ing to survive my next destination.


State of Florida Liability

Fraudulent health evaluations to deny/violate civil rights of state tar-
gets, is an undocumented custom & practice of the state of Florida, &
entities & individuals operating on their behalf; making the state liable
for financial damages. I know this from being a state organized
& corruption victim for almost 15 years. This ~~corruption apples~~
liability also applies to 'NFETC', & 'TCFTC', as they are both owned
by the state of Florida, & carry out the same customs & practices
on their behalf.


Defamation

Whether it's the evaluations themselves, with some of this
info being public, or sent to & held at these facilities via
medical fraud, everyone that knows of my existence, has
heard that the state has repeatedly deemed me mentally
ill; this has ruined my reputation personally & in business,
ruined relationships with my relatives, personal & business
associates, etc. When I complain of being tortured & threat-
ened to be murdered to plead guilty to my charges for years,
nobody will help me once they refer to the state's diagnosis.

$Frd/Def                                                          SC-8

William Gladson - Supervisor of State Attorney's
Mr. Gladson, along with Sheriff Bill Farmer, allowed full-
time mafia travelling-to-every-target false state actors
operate in their offices, for the only purpose of criminally
framing me & wrongfully prosecuting me, & then vanished
from the county without a trace, as they always do. I
want to note, the SA's office even refused to provide the
prosecutor's name when contacted. With my initial arrest
case dragging out, months of extreme torture & 'plead-
guilty' murder threats not working, & no mafia arrest
allowed to go to trial; Mr. Gladson takes over my case so
the mafia prosecutor can vanish, & claims I'm mentally
'incompetent' to block my repeated trial requests, & dis-
misses my original case via medical fraud. However, after
being jail-kidnapped for months, & stacked with false & illegal
jail cases; the state illegally revoked my bonds on behalf of Mr.
Gladson, & I've now been unlawfully incarcerated 3+ years &
counting. The State Attorney used corrupt Judge Milletello as
a mouthpiece & illegal actions for immunity purposes, to declare I'm
'incompetent' with no basis, & to illegally revoke my bonds. Now
that I want trial again, & these charges are illegal regardless;
the state keeps forging health evals, & apparently plans to turn
me into a convicted felon via medical fraud; something I was
told the state was plotting years ago. Reference: target instance 5.

Frd/Def                                                    SC-9

## Violation of Rights

To be clear, all defendants violated the plaintiff's civil rights via medical evaluation fraud, causing the following: (1) Abuse via wrongful forced medications & injections; (2) Attempted loss of legal/guardian rights; (3) Loss of all due process in court & speedy trial; (4) Unlawful detainment & incarceration, from weeks to years.

Frd/Def                                                              R-1

V. Relief

- All defendants: (1) Retract all mental-health/competency evaluations ever submitted by a state doctor; (2) Remove all county/state/DCF/ civil-case (Orange & Martin County) mental health records pertaining to plaintiff; (3) Acknowledge the plaintiff's claims via public statement, through all available formats, in a way that the plaintiff approves.

- Governor Ron Desantis: (1) Provide an agreeable solution for victims of this practice to obtain assistance, & escape corruption; (2) Consider revoking or suspending the defendants medical license.

- Financial Damages

- State of Florida
- Compensatory: $50,000,000

- David J Forsythe
- Compensatory: $10,000,000
- Punitive: $10,000,000

- ~~Compensatory~~ ~~Compensation~~ E. Pelta
- Compensatory: $5,000,000
- Punitive: $5,000,000

Frd / Def                                                                    R-2

- State Doctor S. Saunders
  - Compensatory: $20,000,000
  - Punitive: $20,000,000


- NFETC Doctor
  - Compensatory: $15,000,000
  - Punitive: $15,000,000


- W. Gladson
  - Compensatory: $25,000,000
  - Punitive: $25,000,000


- NFETC
  - Compensatory: $10,000,000
  - Punitive: $10,000,000


- TCFTC
  - Compensatory: $10,000,000
  - Punitive: $10,000,000


- B. Ekakitie
  - Compensatory: $20,000,000
  - Punitive: $20,000,000

Frd/Def                                                          R-3

- Aspire Doctor
  - Compensatory: $10,000,000
  - Punitive: $10,000,000

- Aspire Health Partners
  - Compensatory: $10,000,000

Frd/Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sumter County Jail; North Florida Evaluation & Treatment Center; Treasure Coast Forensic Treatment Center.

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Frd/Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes    Treasure Coast @ only

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No    ~~〰〰〰〰〰〰〰〰〰〰〰〰〰~~

E.    If you did file a grievance:

1.    Where did you file the grievance?

TCFTC

2.    What did you claim in your grievance?

Medical Evaluation Fraud via 2 doctors.

3.    What was the result, if any?

No result at this moment.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

No appeal process exists.

Frd/Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Sumter County Jail: They have no Authority or communication with the state of Florida pertaining to grievances, & I fought this in criminal court for 2 years. All court actions are aware, & trying to cover it up. NFETC: I had no idea they later submitted a bogus evaluation; they never proposed meds, & submitted a good report to the judge.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Judge Mary P Hatcher, Public Defenders Daniel Snow & Andrew Sigler, Supervisor of state Attorneys William Gladson, SA Kiesha Cason, Jail staff, Governor Ron DeSantis, TCFTC, NFETC; most have ignored or denied any wrongdoing by the state, although video & LEO support my accusations.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The state is using this to coverup years of unlawful incarceration.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 ☒ Yes — 1 strike

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

middle District FL, 7/1/24, 5:23-cv-607

Frazier

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     Shaun Patrick Stewart
     Defendant(s)    State of Florida, et al

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     Middle District FL

3.   Docket or index number
     5:24-cv-00338

4.   Name of Judge assigned to your case
     Mary S Scriven

5.   Approximate date of filing lawsuit
     2024

6.   Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition.   8/19/24

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     Dismissed, no appeal

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Frd / Def

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

See Attached

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Frd/Def

1 Stewart v State of Florida et al        Dismissed for not using
2 Middle District Florida                 correct forms
3 5:22-cv-623
4 Wendy W Berger
5 2022
6 No, 12/9/22
7 Dismissed, was told to file Habeas Corpus

1 Stewart v Sumter County Detention Center, et al
2 Middle District FL
3 5:23-cv-292
4 Unknown
5 2023
6 No, unknown
7 Dismissed, no appeal filed

1 Stewart v State of Florida et al        Dismissed for not using 1983
2 Middle District FL                      forms
3 5:23-cv-360
4 John L Badalamenti
5 2023
6 No, 6/20/23
7 Dismissed, No appeal filed

1 Stewart v Ried, et al                   Dismissed for missing date to
2 Middle District FL                      amend, appeal in process —
3 5:23-cv-607                             1 strike.
4 Sheri Polster Chappell
5 2023
6 No, 7/1/24
7

1 Stewart v State of Florida et al        Dismissed for not notifying the
2 Middle District FL                      court of past cases
3 5:23-cv-334
4 Julie S Sneed
5 2024
6 No, 8/19/24
7 Dismissed, no appeal filed

Frd/Def

1 Stewart v Sumter County et al
2 Middle District FL
3 5:24-cv-335
4 Paul G Byron
5 2024
6 No, 8/14/24
7 Dismissed, no appeal filed

1 Stewart v Desantis et al
2 Middle District FL
3 5:24-cv-337
4 William F Jung
5 2024
6 No, 8/16/24
7 Dismissed, no appeal filed

1 Stewart v State of Florida et al
2 Middle District FL
3 5:24-cv-338
4 Mary S Scriven
5 2024
6 No, 8/19/24
7 Dismissed, no Appeal filed

1 Stewart v Sumter County FL et al
2 Middle District FL
3 5:24-cv-341
4 John L Badalamenti
5 2024
6 No, 8/16/24
7 No appeal filed, Dismissed

1 Stewart v Sumter County, FL et al
2 Middle District FL
3 5:24-cv-342
4 William F Jung
5 2024
6 No, 8/16/24
7 Dismissed, no appeal filed

Dismissed for not notifying
court of past cases

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  8/29/24

| | |
|---|---|
| Signature of Plaintiff | *Shaun Stewart* |
| Printed Name of Plaintiff | Shaun Stewart |
| Prison Identification # | SCSO2IJTBN000440 |
| Prison Address | 219 E Anderson Ave |
| | Bushnell                FL        33513 |
| | *City                      State        Zip Code* |

### B.    For Attorneys

Date of signing:  _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City                      State        Zip Code* |
| Telephone Number | |
| E-mail Address | |

Shaun Stewart
219 E Anderson Ave.
Bushnell, FL 33513

Delivery Address:

Clerk of Court
207 NW Second Street, Room 337
Ocala, FL 34475-6666

SCREENED
By USMS

Originated from the Sumter County Jail

9534 6141 6141 4250 5999 26



Retail

UNITED STATES
POSTAL SERVICE.

**G**

US POSTAGE PAID

**$0.00**

Origin: 33513
09/06/24
1112300140-11

USPS GROUND ADVANTAGE™

2 Lb 9.50 Oz

RDC 01